UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEMOND F. COOK (#367617)

VERSUS

SGT. LAMONT, ET AL

CIVIL ACTION

NO. 11-358-BAJ-DLD

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby dated July 11, 2012 (doc. 64) to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's claims asserted against defendants Nurse "Jane Doe"and S. Gautreaux are dismissed for failure of the plaintiff to serve these defendants within 120 days as mandated by Fed.R.Civ.P. Rule 4(m). The Motion to Dismiss of the remaining defendants, (doc. 45), is denied, and this matter is referred back for further proceedings.

Baton Rouge, Louisiana, August 22, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA